**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CELESTINE HINSON, et al.,**

        **Plaintiffs,**

-vs-                                                          **Case No. 6:05-cv-1022-Orl-22KRS**

**CITY OF HOLLY HILL AND CITY OF**
**DAYTONA BEACH, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STRIKE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES (Doc. No. 6)**
>
> **FILED:** July 11, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

*See Cohen v. Office Depot, Inc.*, 184 F.3d 1292, 1299 (11th Cir. 1999), *vacated in part*, 204 F.3d 1069 (11th Cir. 2000).

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2005.

                                                   *Karla R. Spaulding*
                                                   KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties